IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0162-DME-CBS

SIDNEY M. BLAKE,
    Plaintiff,
v.

BRIAN WEBSTER,
JULIE FULLER,
RYDER MAY,
KEVIN MILYARD,
DR. FORTUNATO,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court regarding the return in the mail of docs. # 39 and # 40 as undeliverable to Plaintiff, Mr. Blake. (*See* docs. # 41 and # 42). Pursuant to the Order of Reference dated March 25, 2010 (doc. # 14), this matter was referred to the Magistrate Judge.

The court's independent review of the Colorado Department of Corrections Inmate Locator website reveals that Mr. Blake is currently incarcerated at the Colorado State Penitentiary, P.O. Box 777, Cañon City, Colorado 81215. *See* CO Department of Corrections Inmate Locator Website, *available at* http://www.doc.state.co.us (last visited Oct. 8, 2010).

The court will request the Clerk of the Court to re-mail the two returned documents and a copy of this Order to Mr. Blake at his current address. However, the obligation remains with Mr. Blake to file notice with the court pursuant to D.C. COLO. LCivR 10.1 M. within five days after any change of address or telephone number.

Accordingly, the court requests that the Clerk of the Court mail a copy of this Order and copies of docs. # 39 and # 40 to Mr. Blake, inmate # 62505, Colorado State

1

Penitentiary, P.O. Box 777, Cañon City, Colorado 81215.

DATED at Denver, Colorado, this 8th day of October, 2010.

BY THE COURT:


　　s/Craig B. Shaffer　　
United States Magistrate Judge