IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: **10-cv-00162-DME-CBS** | FTR - Reporter Deck-Courtroom A402 |
| Date: December 28, 2010 | Courtroom Deputy: Kathleen Finney |

*Parties:*                                                                 *Counsel:*

SIDNEY M. BLAKE,                                              *Pro Se* (by telephone)

      Plaintiff,

v.

BRIAN WEBSTER,                                               (No appearance)
DR. FORTUNATO,                                               Christine K. Wilkinson
JULIE FULLER,
RYDER MAY, and
KEVIN MILLYARD,

      Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session: 10:43 a.m.**
Court calls case.  Appearances of counsel; telephonic appearance of pro se plaintiff.

Court addresses Plaintiff's Motion to Amend Complaint [Doc. No. 35, filed 9/2/2010], Plaintiff's Motion to Compel Discovery [Doc. No. 48, filed 11/18/2010], and Defendants' Motion for Extension of Time to File Dispositive Motions [Doc. No. 51, filed 11/23/2010]. Statements by Plaintiff Blake. Statements by Ms. Wilkinson.

**It is ORDERED:**   Plaintiff's oral Motion to Withdraw the Motion to Amend Complaint is **GRANTED.**   Plaintiff's Motion to Amend Complaint [No. 35] is **WITHDRAWN.**

**It is ORDERED:**   Plaintiff's Reply in Support of Motion to Compel Discovery [No. 48] shall be filed **JANUARY 7, 2011.**

**It is ORDERED:**   Defendants' Motion for Extension of Time to File Dispositive Motions [51] is **GRANTED.**

**Dispositive Motion deadline is extended to March 2, 2011.**

HEARING CONCLUDED.

**Court in recess: 11:19 a.m.**
Total time in court:     00:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.