IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0162-DME-CBS

SIDNEY M. BLAKE,
    Plaintiff,
v.

BRIAN WEBSTER,
JULIE FULLER,
RYDER MAY,
DOCTOR FORTUNATO,
KEVIN MI[L]YARD,
    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    This civil action comes before the court on Plaintiff Mr. Blake's "Motion to Den[y] R[e]quest for Withdrawal of Admissions" (filed February 14, 2011) (Doc. # 77). Pursuant to the Order of Reference dated March 25, 2010 and the memorandum dated February 14, 2011 (Doc. # 78) this matter was referred to the Magistrate Judge. The court having reviewed the matter, the entire case file and the applicable law,

    IT IS ORDERED that Mr. Blake's "Motion to Den[y] R[e]quest for Withdrawal of Admissions" (filed February 14, 2011) (Doc. # 77) is TERMINATED as a Motion and treated as a Surreply to Defendants' Motion to Withdraw Admissions (Doc. # 66). The briefing on Defendants' Motion to Withdraw Admissions (Doc. # 66) is now closed.

**DATED:**    March 1, 2011