**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-00162-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  March 14, 2011** | **Courtroom Deputy:**  Linda Kahoe |

SIDNEY M. BLAKE,                                                   *Pro se (via phone)*

      Plaintiff,

      v.

BRIAN WEBSTER, *et al.,*                                        Gordon Lamar Vaughan

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:      2:17 p.m.**
Court calls case.  Appearance of counsel.  *Plaintiff appears pro se via phone.*

Discussion and arguments regarding Motion to Compel Discovery, doc #[48], filed 11/18/2010.

**ORDERED:**  Motion to Compel Discovery, doc #[48] is **GRANTED IN PART AND DENIED IN PART**.  The Motion is denied to the extent that it seeks to compel responses to discovery.  Responses to discovery have been completed.  The Motion is granted to the extent that the court finds that sanctions are appropriate.

      Defendants are required to reimburse Plaintiff for postage costs incurred to file the Motion to Compel and the Reply Brief.

      Defendants are required to produce, at their own expense, copies of the x-rays.

**ORDERED:**  Plaintiff may file a Motion for Summary Judgment on or before **MARCH 31, 2011.**  Plaintiff's Response to Defendants' Motion for Summary Judgment, doc #[80] is currently due on or before **APRIL 4, 2011.**

Discussion and arguments regarding Motion to Withdraw Admissions, doc #[66] filed 1/6/2011.

**ORDERED:**  Motion to Withdraw Admissions, doc #[66] is **GRANTED** to the extent that it seeks to withdraw admissions that were made by operation of law.  The court is also granting doc #[66] to the extent that Defendants seek permission to enter or make late responses in writing.

HEARING CONCLUDED.

**Court in recess**:       **2:39 p.m.**
Total time in court:    00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.